**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 220 MAL 2020

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

BRUCE WILLIAMS, JR., :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.